No. 1104. GÁMBARO ET AL., DEMANDANTES Y APELADOS, *v.* ESCOBAR, DEMANDADO Y APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., sobre nuevo juicio en caso de reivindicación de propiedad y otros extremos. Moción de la parte apelada para que se desestime la apelación.

Resuelto en abril 24, 1914.   Desestimada la apelación por no haberse dictado la resolución que se dice apelada.   Abogado de los apelados:_Sr. Herminio Díaz Navarro.   Abogado de los apelantes: Sres. Guerra & Guerra.